# ORIGINAL

FILED

2015 FEB 25 PM 2: 12

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/12/2015 1:36:19 PM
DEBBIE AUTREY
Clerk DEPUTY

NO. 22,781

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| JAMES JOSEPH WATTS | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes James Joseph Watts, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the 6th District Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against James Joseph Watts.

Respectfully submitted,
Law Office of Toby C. Wilkinson P.C.
2815 Wesley St.
P.O. Box 324
Greenville, TX 75403-0324
Tel: (903) 454-6096
Fax: (903) 454-0446

By: _____
Toby C. Wilkinson
State Bar No. 21497300
leegull4u@hotmail.com
Attorney for James Joseph Watts

## CERTIFICATE OF SERVICE

This is to certify that on February 25, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by hand delivery.

_____
Toby C. Wilkinson

CASE NO. 22781    COUNT 1

INCIDENT NO./TRN: 9087913265 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| JAMES JOSEPH WATTS | § | |
| | § | |
| STATE ID NO.: TX 06074124 | § | 354TH JUDICIAL DISTRICT |

AT ___ **FILED**

FEB 1 8 2015

CLERK ___ ___
DISTRICT COURT, HUNT CO., TX

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. , Judge of the trial court certify this criminal case:

- ☑ is not a plea bargain case, and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or
- ☐ is a plea bargain case, and the defendant has NO right of appeal; or
- ☐ the defendant has waived the right of appeal.

Signed on 02-18-2015.

HONORABLE RICHARD A. BEACOM, JR.
354TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)                           Attorney for Defendant

Mailing Address: 5889 Fm 512 Wolfe           SBN: 24061113
                 City TX 75496

Telephone number: 403- 380. 8669           Address: P.O. BOX 1724

                                           GREENVILLE, TEXAS 75403

                                           Telephone Number: 903-513-2667

                                           Fax Number: 866-781-1159

22781                                                            1

NO. 22,781

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 354th JUDICIAL DISTRICT |
| | § | |
| JAMES JOSEPH WATTS | § | HUNT COUNTY, TEXAS |

ORIGINAL
FILED
MAR 17 PM 3: 23
DISTRICT STACEY...
CLERK HORUM
K HUNT CO. TX
DEPUTY

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, James Joseph Watts, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1.     The Defendant was sentenced on February 18, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, which is May 4, 2015, or this motion is overruled by operation of law.

2.     The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3.     In support of defendant's motion, the following facts outside the record are hereby alleged:

The trial attorney failed to call available witnesses for the defense.

4.     The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 354th Judicial District Court of Hunt County, on this day, March 17,2015.

## CERTIFICATE OF SERVICE

This is to certify that on March 17,2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, Texas, by hand delivery.

Toby C. Wilkinson

## AFFIDAVIT

BEFORE ME, the undersigned authority, appeared Toby C. Wilkinson, who after being duly sworn by me stated the following under oath:

"My name is Toby C. Wilkinson. I am the attorney for James Joseph Watts in this cause. I am over the age of 18 years, have never been convicted of a felony, and am competent to make this affidavit.

"The trial attorney failed to call available witnesses for the defense."

Toby C. Wilkinson
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, this _17th_ day of _March_, 2015.

Notary Public, State of Texas

KRISTEN MOORE
Notary Public, State of Texas
My Commission Expires
October 31, 2017

(1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

> . . . The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced, careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

5.    For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

Law Office of Toby C. Wilkinson P.C.
2815 Wesley St.
P.O. Box 324
Greenville, TX 75403-0324
Tel: (903) 454-6096
Fax: (903) 454-0446

By: _____
Toby C. Wilkinson
State Bar No. 21497300
leegull4u@hotmail.com
Attorney for James Joseph Watts